## 32716. BARRONTON v. THE STATE.

GARDNER, J. This case being in every respect substantially the same as *Barronton* v. *State,* ante, it is controlled by the opinion rendered in that case.

Judgment affirmed. *MacIntyre, P. J., and Townsend, J., concur.*

DECIDED SEPTEMBER 22, 1949.

*George M. Mixon, E. F. Strozier,* for plaintiff in error.
*Harvey L. Jay, Solicitor-General, Wright & Reddick,* contra.